# SIXTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

Case No. 6D2025-0274
Lower Tribunal No. 2022-DR-005055

_____

STACY JAMES,

Appellant,

v.

CHRISTINE ANN TABB,

Appellee.

_____

Appeal from the Circuit Court for Lee County.
Amy Hawthorne, Judge.

April 28, 2026

PER CURIAM.

   AFFIRMED.

TRAVER, C.J., and WHITE and GANNAM, JJ., concur.


Stacy James, Fort Myers, pro se.

Christine Ann Tabb, Fort Myers, pro se.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED